[No. 54503-5-I. Division One. May 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES C. KOFFIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-09114-1, Robert H. Alsdorf, J., entered June 15, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54556-6-I. Division One. May 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DARREL MILAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-09643-6, Steven G. Scott, J., entered July 14, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54601-5-I. Division One. May 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DANAN LASHAUN POWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00986-8, Richard J. Thorpe, J., entered July 13, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54633-3-I. Division One. May 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY D. FULTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-01177-7, Michael Heavey, J., entered July 26, 2004. *Affirmed* by unpublished per curiam opinion.